BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>LUIS CORTEZ-GARCIA, and,<br>EMILIANO CORTES-GARCIA,<br><br>                          Defendants. | CASE NO. 2:13-CR-00353-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 21, 2013<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

    1.    By previous order, this matter was set for a Status Conference on November 21, 2013.

    2.    By this stipulation, defendants now move to continue the status conference until January 30, 2014, and to exclude time between November 21, 2013, and January 30, 2014, under Local Code T4.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a)    The government has represented that the discovery associated with this case includes approximately 100 pages. All of this discovery has been produced directly to counsel.

        b)    Counsel for defendants desire additional time consult with their clients, review the discovery and search warrants, conduct investigation, and otherwise prepare for trial.

        c)    New counsel for defendant Luis Cortez-Garcia was re-appointed on November 19, 2013.

        d)    Counsel for defendants believe that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013 to January 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated:  November 19, 2013        BENJAMIN B. WAGNER
                     United States Attorney

                     /s/ JUSTIN L. LEE
                     JUSTIN L. LEE
                     Assistant United States Attorney

Dated:  November 19, 2013        /s/ DAN BRACE
                     DAN BRACE
                     Counsel for Defendant
                     Luis Cortez-Garcia

Dated:  November 19, 2013        /s/ SCOTT CAMERON
                     SCOTT CAMERON
                     Counsel for Defendant
                     Emiliano Cortez-Garcia

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2013

_____
Troy L. Nunley
United States District Judge