BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00353-TLN |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| LUIS CORTEZ-GARCIA, and EMILIANO CORTEZ-GARCIA, | |
| Defendants. | |

### ORDER

The United States has applied to the Court for a protective order related to the discovery materials to be disclosed by the United States to the defendants in the above-captioned case.

Based upon the facts and representations set forth in the United States's Application, the Court finds that the United States has shown good cause exists to limit the disclosure of the discovery materials in the pending criminal matter, <u>United States v. Cortez-Garcia, et al.</u>, 2:13-CR-00353-TLN because public disclosure and wide dissemination of the discovery materials in this case could

1

1  jeopardize the lives and safety of confidential informants and
2  undercover law enforcement officers and the United States's ongoing
3  criminal investigation.  Therefore:
4      IT IS ORDERED THAT pursuant to Federal Rule of Criminal
5  Procedure 16(d)(1), the discovery materials may be disclosed to
6  defense counsel of record in United States v. Cortez-Garcia, et al.,
7  2:13-CR-00353-TLN, as long as such disclosures are made solely for
8  the purpose of preparing a defense to the charges pending in that
9  case.
10     Specifically, said disclosures may be made by counsel of record
11 for a defendant in this matter to: (a) the defendant represented by
12 counsel of record, (b) other counsel of record in the pending case,
13 (c) his or her legal associates, investigators, paralegals,
14 stenographic, and clerical employees involved in the defense of this
15 case, (d) persons identified in the materials to be disclosed as
16 present during the reported transaction or a participant therein, and
17 (e) other persons only upon order of the Court upon a showing of
18 particularized need; provided that nothing in this order shall
19 prevent defense counsel from disclosing said materials to a potential
20 witness for the defense where defense counsel has a good faith basis
21 to believe that such disclosure is necessary to the proper
22 preparation of the defense.
23     IT IS FURTHER ORDERED THAT counsel of record for the defense in
24 United States v. Cortez-Garcia, et al., 2:13-CR-00353-TLN, shall not
25 make any disclosure as provided in the foregoing paragraph without
26 first providing the person to whom the disclosure will be made with a
27 copy of the Court's Order and receiving that person's written
28 acknowledgment that he or she is bound by the terms of this Order

1  after having read the Order and having its contents fully explained
2  by counsel of record making the disclosure.

4  DATED: March 6, 2014

_____
Hon. TROY L. NUNLEY
United States District Judge