1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00353-TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF RELATED CASES** |
| v. | ) | **and  ORDER** |
| | ) | |
| LUIS CORTEZ-GARCIA, et al., | ) | [Local Rules 123(a)(4), 123(c)] |
| | ) | |
| Defendants. | ) | |

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-00164-KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| DANIEL ALBERT CROWNINSHIELD, | ) | |
| Defendant. | ) | |

Notice of Related Cases and Order

# NOTICE OF RELATED CASES

The United States of America, by and through Assistant United States Attorney Justin L. Lee, notices the Court and the Clerk of the Court that the recently-filed Indictment in <u>United States v. Crowninshield,</u> Case No. 2:14-CR-00164-KJM ("Crowninshield Indictment"), is related to the earlier Superseding Indictment in <u>United States v. Cortez-Garcia, et al.</u>, Case No. 2:13-CR-00353-TLN ("Cortez-Garcia Indictment"). As a result, the subsequent case assigned to the Honorable Kimberly J. Mueller in <u>United States v. Crowninshield</u>, Case No. 2:14-CR-00164-KJM, should be reassigned to the Honorable Troy L. Nunley based upon the authority set forth below. Indeed, assignment of both cases to a single judge is likely to effect a savings of judicial effort.

The Crowninshield Indictment and the Cortez-Garcia Indictment are related within the meaning of Eastern District of California Local Rule 123(a)(1). Specifically, both cases are derived from the same undercover firearms trafficking investigation conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives from March 2013 to October 2013. The Crowninshield Indictment charges one defendant with Unlawful Manufacturing and Dealing in Firearms (18 U.S.C. § 922(a)(1)(A)); one count of Possession of a Firearm by a Prohibited Person (18 U.S.C. § 922(g)); one count of Unlawful Possession of a Machinegun (18 U.S.C. § 922(o)); and three counts of Possession of an Unregistered Firearm (26 U.S.C. § 5861(d)). The Cortez-Garcia Indictment charges two defendants with thirty-six counts related to Conspiracy to Unlawfully Manufacture and Deal in Firearms (18 U.S.C. § 371); Unlawful Manufacturing and Dealing in Firearms (18 U.S.C. § 922(a)(1)(A)); Possession of a Firearm by a Prohibited Person (18 U.S.C. § 922(g)); Unlawful Possession of a Machinegun (18 U.S.C. § 922(o)); and Possession of an Unregistered Firearm (26 U.S.C. § 5861(d)).

As discussed in the October 7, 2013 search warrant affidavit (2:13-SW-0654-CKD through 2:13-SW-0664-CKD), all three defendants were alleged to be involved in a network of individuals engaged in manufacturing and selling firearms. The same search warrant affidavit supported the execution of search warrants at the residences and businesses of all three individuals. All three individuals were known to each other and engaged in similar conduct – manufacturing and selling firearms – though all three individuals maintained separate business locations. Additionally, the United States believes that both cases involve similar legal questions related to manufacturing and selling firearms.

Notice of Related Cases and Order

The United States therefore respectfully requests that this Honorable Court (1) relate the recently-filed Indictment in <u>United States v. Crowninshield,</u> Case No. 2:14-CR-00164-KJM, to the earlier Superseding Indictment in <u>United States v. Cortez-Garcia, et al.</u>, Case No. 2:13-CR-00353-TLN; and (2) order the Clerk's Office to reassign <u>United States v. Crowninshield,</u> Case No. 2:14-CR-00164-KJM, to the Honorable Troy L. Nunley, pursuant to Local Rule 123(c).

DATED: June 30, 2014          BENJAMIN B. WAGNER
                                        United States Attorney

                           By: <u>/s/ Justin L. Lee</u>
                                        JUSTIN L. LEE
                                        Assistant U.S. Attorney

Notice of Related Cases and Order

**O R D E R**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Crowninshield</u>, Case No. 2:14-CR-00164-KJM, is related to the case of <u>United States v. Cortez-Garcia, et al.</u>, Case No. 2:13-CR-00353-TLN, within the meaning of Local Rule 123(a)(1) and assignment of these actions to a single district judge is likely to effect a savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of <u>United States v. Crowninshield,</u> Case No. 2:14-CR-00164-KJM, to the Honorable Troy L. Nunley and that case shall be designated "Case No. 2:14-CR-00164-TLN";

2. Cases 2:14-CR-00164-TLN and 2:13-CR-00353-TLN shall not be consolidated and shall remain separate cases; and

3. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

**IT IS SO ORDERED**.

Dated: June 30, 2014

_____
Troy L. Nunley
United States District Judge