SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
EMILIANO CORTES-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00353 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| LUIS CORTEZ-GARCIA, and EMILIANO CORTES-GARCIA | |
| Defendants, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendants, ELMILIANO CORTES-GARCIA and LUIS CORTEZ-GARCIA, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 4, 2014, at 9:30 a.m.

2. By this stipulation, defendants now move to continue the status conference until January 29, 2015, at 9:30 a.m., and to exclude time between December 4, 2014, and January 29, 2015, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant Luis Cortez-Garcia only recently substituted into the case on

1

November 3, 2014.

b.  The government has produced approximately 329 pages of document discovery to the defense.  Moreover, the government has produced over 40 CD/DVD's of discovery to defendants. These media files contain relevant audio and video footage obtained during the government's investigation of this matter.  Some of these media files are three to four hours in length.

c.  Both defense counsel desire additional time to review the document discovery, review the afore-mentioned media files, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

d.  Counsel for each defendant believes that failure to grant the above-requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.  The government does not object to the continuance.

f.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 4, 2014, to January 29, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**(THIS SPACE INTENTIONALLY LEFT BLANK)**

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5.	All counsel have authorized attorney for EMILIANO CORTES-GARCIA to sign the stipulation on their behalf.

IT IS SO STIPULATED.

DATED:	November 30, 2014

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

DATED:	November 30, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for EMILIANO CORTES-GARCIA

DATED:	November 30, 2014

/s/ James T. Reilly
James T. Reilly
Counsel for LUIS CORTEZ-GARCIA

**O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of December, 2014.

Troy L. Nunley
United States District Judge

3