# UNITED STATES DISTRICT COURT

_____Eastern_____ **District of** _____California_____

United States of America
        Plaintiff (s),

V.

Louis Cortez Garcia

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:13cr353-tln

Notice is hereby given that, subject to approval by the court, _____Louis Cortez Garcia_____ substitutes
        (Party (s) Name)

_____Michelle L. Spaulding_____, State Bar No. _____237459_____ as counsel of record in place
(Name of New Attorney)

place of _____Danny D. Brace, Jr_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Summit Defense, A Professional Law Corporation |
| Address: | 770 L Street # 950 Sacramento CA 95814 |
| Telephone: | 916-601-2020     Facsimile 916-720-0650 |
| E-Mail (Optional): | Michelle@summitdefense.com |

I consent to the above substitution.
Date: 10/31/14

*(signed) Luis Cortez*
(Signature of Party (s))

I consent to being substituted.
Date: 10/31/2014

*(signed) Danny D Brace Jr*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/31/14

*(signed)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: DECEMBER 1, 2014

*(signed)*
Troy L. Nunley
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]