SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
EMILIANO CORTES-GARCIA

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>LUIS CORTEZ-GARCIA, and<br>EMILIANO CORTES-GARCIA<br><br>                              Defendants, | CASE NO.  13-CR-00353 TLN<br><br>**STIPULATION REGARDING**<br>**EXCLUDABLE TIME PERIODS**<br>**UNDER SPEEDY TRIAL ACT;**<br>**FINDINGS AND ORDER** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and defendants, ELMILIANO CORTES-GARCIA and LUIS CORTEZ-GARCIA, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 8, 2015, at 9:30 a.m.

2.      By this stipulation, defendants now move to continue the status conference until December 10, 2015, at 9:30 a.m., and to exclude time between October 8, 2015, and December 10, 2015, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Counsel for defendant Emiliano Cortes-Garcia has been working with an expert in

1

this case, and based on those consultations, made a written discovery request of the government. The government and counsel had a subsequent meeting regarding the discovery request and narrowed the request by agreement.  The government is now in the process of gathering the documents requested.  Defense counsel for Luis Cortez-Garcia also has an interest in the requested discovery.  As such, both defense counsel request the additional time obtain and review the anticipated discovery.

b.      The government has produced approximately 329 pages of document discovery to the defense.  Moreover, the government has produced over 40 CD/DVD's of discovery to defendants. These media files contain relevant audio and video footage obtained during the government's investigation of this matter.  Some of these media files are three to four hours in length.

c.      Both defense counsel desire additional time to review the document discovery, review the afore-mentioned media files, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

d.      Counsel for each defendant believes that failure to grant the above-requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.      The government does not object to the continuance.

f.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2015, to December 10, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

      5.      All counsel have authorized attorney for EMILIANO CORTES-GARCIA to sign the stipulation on their behalf.

IT IS SO STIPULATED.

DATED:      October 7, 2015

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

DATED:      October 7, 2015

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for EMILIANO CORTES-GARCIA

DATED:      October 7, 2015

/s/ James T. Reilly
James T. Reilly
Counsel for LUIS CORTEZ-GARCIA

**O R D E R**

      IT IS SO FOUND AND ORDERED.

DATE: October 7, 2015

Troy L. Nunley
United States District Judge

3