SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
EMILIANO CORTES-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>LUIS CORTEZ-GARCIA, and<br>EMILIANO CORTES-GARCIA,<br><br>                      Defendants. | CASE NO.  13-CR-00353 GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |

**STIPULATION**

   Plaintiff, United States of America, by and through its counsel of record, and defendants, EMILIANO CORTES-GARCIA and LUIS CORTEZ-GARCIA, by and through their counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for status on June 3, 2016, at 9:00 a.m.

   2.   By this stipulation, defendants now move to continue the status conference until July 8, 2016, at 9:00 a.m., and to exclude time between June 3, 2016, and July 8, 2016, under Local Code T4.  Plaintiff does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

   a.   Counsel for defendant Emiliano Cortes-Garcia has been working with an expert in

1

this case, and based on those consultations, made a written discovery request of the government on September 3, 2015.  The purpose of the discovery request was, in part, to obtain documents in support of a defense motion to dismiss several counts in the indictment because the statutory scheme for those counts is unconstitutionally vague.

      b.      On September 15, 2015, the government and counsel for Emiliano Cortes-Garcia had a meeting regarding the discovery request and narrowed the request by agreement.

      c.      On January 11, 2016, the government disclosed discovery responsive to part of the discovery request.

      d.      On February 25, 2016, defense counsel for Emiliano Cortes-Garcia filed a motion to compel the discovery in dispute.  After continuances of the discovery motion, the hearing on that motion is presently scheduled for May 10, 2016, before the Honorable Edmond F. Brennan.

      e.      On April 11, 2016, the government produced 6,400 pages of new discovery which may satisfy, and thereby moot, defendant Cortes-Garcia's motion to compel discovery.  Counsel for Cortes-Garcia needs the additional time to review the 6,400 pages to determine whether it is appropriate to withdraw the discovery motion or proceed with it.  Counsel for Cortes-Garcia is presently in jury trial in an unrelated case in the Superior Court of California, County of Sacramento (Case No. 14F03944) as part of the justification as to why additional time is required for counsel preparation.

      f.      Once the defense either withdraws the discovery motion, or obtains a ruling on the motion, the parties will submit a briefing schedule to this Court for the motion to dismiss based on the vagueness of the statutory scheme charged in the indictment.

      g.      To date, the government has produced approximately 6,844 pages of document discovery to the defense.  Moreover, the government has produced over 40 CD/DVD's of discovery to defendants.  These media files contain relevant audio and video footage obtained during the

government's investigation of this matter. Some of these media files are three to four hours in length.

    h.    Both defense counsel desire additional time to review the document discovery, review the afore-mentioned media files, consult with their client regarding the discovery, and conduct investigation.

    i.    Counsel for each defendant believes that failure to grant the above-requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    j.    The government does not object to the continuance.

    k.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    l.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 3, 2016, to July 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    5.    All counsel have authorized attorney for Emiliano Cortes-Garcia to sign the stipulation on their behalf.

IT IS SO STIPULATED.

1  DATED:     May 31, 2016
2                                    /s/ Justin Lee
                                     JUSTIN LEE
                                     Assistant United States Attorney
3

4  DATED:     May 31, 2016
                                     /s/ Scott Cameron
5                                    SCOTT N. CAMERON
                                     Counsel for EMILIANO CORTES-GARCIA
6
   DATED:     May 31, 2016
7                                    /s/ James T. Reilly
                                     James T. Reilly
8                                    Counsel for LUIS CORTEZ-GARCIA

9
                          **O R D E R**
10

11         IT IS SO FOUND AND ORDERED.
   Dated:  June 1, 2016
12

13

14                                   _____
                                     GARLAND E. BURRELL, JR.
15                                   Senior United States District Judge

4