SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787
Fax:    415-689-5213
email:  jim@summitdefense.com

Attorneys for Defendant LUIS CORTEZ-GARCIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-CR-00353 GEB |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING OF LUIS CORTEZ-GARCIA; and (PROPOSED) ORDER |
| LUIS CORTEZ-GARCIA, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, and defendant, LUIS CORTEZ-GARCIA, by and through his counsel of record, hereby stipulate as follows:

1. Pronouncement of Judgment and Sentencing of Defendant Luis Cortez-Garcia is currently set for 9:00 am, Friday, May 12, 2017. ECF No. 113.

2. USPO Carol Chavez and defense counsel have been unable to meet for the PSR interview of Mr. Cortez-Garcia.  They are now scheduled to do so at 10:00 am, Wednesday, April 5, 2017.

**STIPULATION AND (PROPOSED) ORDER TO CONTINUE JUDGMENT AND SENTENCING**
-1-

3. Because of this delay, USPO Chavez requires additional time to prepare and serve the proposed PSR and both counsel require additional time to consider the PSR, and prepare and file replies thereto.

4. Therefore, the parties, by and through counsel, stipulate to vacating the currently scheduled judgment and sentencing date and to continuing it to 9:00 am, Friday, June 2, 2017.

5. The parties also stipulate that the associated deadlines related to the PSR be re-scheduled as follows:

   a. Deadline for Disclosure of the Proposed PSR to Friday, April 21, 2017.

   b. Deadline for Serving Written Objections to the PSR to Friday, May 5, 2017.

   c. Deadline for Filing of the PSR and Disclosure to Counsel to Friday, May 12, 2017.

   d. Deadline for Filing and Service of Motions to Correct PSR to Friday, May 19, 2017.

   e. Deadline for Filing of Reply or Statement of No Opposition to PSR to Friday, May 26, 2017.

6. Counsel for the government has authorized counsel for Luis Cortez-Garcia to sign the stipulation on his behalf.

IT IS SO STIPULATED.

DATED: April 4, 2017

                          /s/ Justin Lee

                          JUSTIN LEE
                          Assistant United States Attorney

DATED: April 4, 2017

/s/ James T. Reilly

JAMES T. REILLY, Attorney at Law
Counsel for Defendant
        LUIS CORTEZ-GARCIA

**ORDER**

IT IS SO ORDERED

Dated:  April 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge