PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-CR-00353-GEB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING JUDGMENT AND |
| | ) SENTENCING DATE |
| LUIS CORTEZ-GARCIA, | ) |
| | ) Judge: GARLAND E. BURRELL. Jr. |
| Defendant. | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on June 30, 2017.
2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until August 11, 2017, at 9:00 a.m.
3. The parties also jointly request that the Court reset the briefing schedule in this matter as follows:

Stipulation to Continue J&S  1  United States v. Cortez-Garcia

a. Draft PSR – already filed on May 11, 2017.
   b. Informal Objections – already submitted on May 17, 2017.
   c. Revised Final PSR – July 21, 2017.
   d. Motion to Correct PSR – July 28, 2017.
   e. Reply or Statement of Non-Opposition – August 4, 2017.
4. The parties reached out to the assigned Probation Officer and the Probation Officer does not object to the parties request to continue this matter and reset the briefing schedule.

**IT IS SO STIPULATED.**

DATED: June 27, 2017  /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: June 27, 2017  /s/ James T. Reilly
JAMES T. REILLY
Attorney for LUIS CORTEZ-GARCIA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 28, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge