PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EMILIANO CORTEZ-GARCIA, and<br>LUIS CORTEZ-GARCIA,<br><br>    Defendants. | 2:13-CR-00353-GEB<br><br>FINAL ORDER OF FORFEITURE |

On December 5, 2016, and March 8, 2017, this Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 26 U.S.C. § 5872, based upon the plea agreements entered into between plaintiff United States of America and defendants Emiliano Cortez-Garcia and Luis Cortez-Garcia forfeiting to the United States the following property:

    a.    Heavy Machinery Rong Fu Industries Model 60859287, Serial Number: 13I1677.

Beginning on December 7, 2016, and March 9, 2017, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 26 U.S.C. § 5872, including all right, title, and interest of Emiliano Cortez-Garcia and Luis Cortez-Garcia, whose rights to the above-listed property are hereby extinguished. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: September 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge